**2003–1648.   State ex rel. Adams v. Aluchem, Inc.**

Franklin App. No. 02AP–1210, 2003-Ohio-4510. This cause is pending before the court as an appeal from the court of appeals. Upon consideration of appellee's motion to partially overrule stay of execution of judgment,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

PFEIFER, J., dissents.

**2003–1671.   State ex rel. Slagle v. Rogers.**

Marion App. No. 9–02–52, 2003-Ohio-4162. This cause is pending before the court as an appeal from the court of appeals. Upon consideration of appellant's request for oral argument,

IT IS ORDERED by the court that the request be, and hereby is, granted.